**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **ISABEL AVILES,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., WORLD OMNI FINANCIAL CORP. D/B/A SOUTHEAST TOYOTA FINANCE, CITIBANK NORTH AMERICA, CAPITAL ONE, N.A., THE BANK OF MISSOURI, CAPITAL MANAGEMENT SERVICES, LP AND CREDIT CONTROL, LLC**<br><br>**Defendants.** | **Case No.: 5:25-cv-00467-TES** |

**NOTICE OF APPEARANCE**

The undersigned counsel, C. Brian Jarrard of Jarrard Law Group, LLC, gives notice of appearance as co-counsel for Plaintiff in the above-styled case.

Submitted March 4, 2026.

JARRARD LAW GROUP, LLC

*/s/ C. Brian Jarrard*
C. Brian Jarrard
Georgia Bar No. 389497
4108 Arkwright Road, Suite 2
Macon, Georgia 31210
(478) 477-0004

(478) 477-0014 (Facsimile)
brian@jarrardlawgroup.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the within and foregoing upon all parties in this matter using the CM/ECF system which will automatically send e-mail notification or other sufficient notification of such filing to all attorneys of record.

JARRARD LAW GROUP, LLC

*/s/ C. Brian Jarrard*

C. Brian Jarrard
Georgia Bar No. 389497
4108 Arkwright Road, Suite 2
Macon, Georgia 31210
(478) 477-0004
(478) 477-0014 (Facsimile)
brian@jarrardlawgroup.com