## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

|  |  |
|---|---|
| ISABEL AVILES, | CIVIL ACTION NO.: 5:25-CV-00467-TES |
| Plaintiff, | |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., WORLD OMNI FINANCIAL CORP. D/B/A SOUTHEAST TOYOTA FINANCE, CITIBANK NORTH AMERICA, CAPITAL ONE, N.A., THE BANK OF MISSOURI, CAPITAL MANAGEMENT SERVICES, LP AND CREDIT CONTROL, LLC, | |
| Defendants. | |

## NOTICE OF SETTLEMENT AS TO DEFENDANT CAPITAL ONE, N.A.

Plaintiff Isabel Aviles ("Plaintiff") and Defendant Capital One, N.A. ("Capital"), by and through undersigned counsel, hereby notify the Court that they have agreed to material terms of settlement. The parties are in the process of finalizing the settlement and the appropriate documents to dismiss are expected to be filed within sixty (60) days from the date of this Notice. The parties request that all pending deadlines and filing requirements in this matter be vacated as to Capital

*only*.  The parties also request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Date: July 23, 2026

*/s/ Ronald Edward Daniels*
Ronald Edward Daniels
Daniels Law LLC
PO BOX 4939
Eastman, GA 31023
T: (478) 227-7331
ron@dlawllc.com

*Counsel for Plaintiff Isabel Avilles*

*/s/ Steven Miles Lefkoff*
Steven Miles Lefkoff
Lefkoff Law LLC
860 Johnson Ferry Road
#140-323
Atlanta, GA 30342
T: (404) 482-2228
attorneys@lefkofflaw.com

*Counsel for Defendant Capital One, N.A.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this day, Plaintiff served a copy of the foregoing using the CM/ECF system, which will automatically send notification of this filing to all counsel of record.

Date: July 23, 2026

<u>*/s/ Ronald Edward Daniels*</u>
Ronald Edward Daniels
Daniels Law LLC
PO BOX 4939
Eastman, GA 31023
T: (478) 227-7331
ron@dlawllc.com

*Counsel for Plaintiff Isabel Avilles*